**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: May 17, 2011  
START: 12:05 p.m.  
END: 12:20 pm

**DOCKET NO:** 11-CV-340 (JBW)

**CASE:** Alston v. City of New York, et al.

✓ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

**FOR PLAINTIFF:** Christopher Wright

**FOR DEFENDANT:** Matthew Modafferi

FACT ___ DISCOVERY TO BE COMPLETED BY Nov. 17, 2011  
✓ NEXT Settlement CONFERENCE SCHEDULED FOR 8/4/11 10:30 am  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___  
___ PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure is complete. Pleadings may be amended and new parties added until 6/17/11.